ORIGINAL

jmastersrem

FREDERICK A. BLACK
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the Defendant
UNITED STATES OF AMERICA

FILED
DISTRICT COURT OF GUAM
NOV 18 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| CARMEN KATHERINE RODRIGUEZ, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH E. MASTERS, <br><br> Defendant. | CIVIL CASE NO. 02-00033 <br><br> NOTICE OF REMOVAL OF CIVIL ACTION; EXHIBIT A |

Upon direction of the Attorney General of the United States and pursuant to Title 28, United States Code, Sections 1441, 1442, 1444, 1446 and 2409a, the undersigned attorneys on behalf of Defendant Joseph E. Masters, hereby give notice of the removal of the above-captioned civil action to the United States District Court for the District of Guam. The grounds for this removal are as follows:

1. On October 31, 2002, a Complaint for Temporary Restraining Order, Preliminary Injunction, was filed by plaintiff against defendant, in the Superior Court of Guam, Territory of Guam. The State Court action is numbered Superior Court Case CV 1368-02.

2. A copy of the Complaint for Temporary and Permanent Injunction, Ex Parte Motion for Order to Show Cause and Memorandum of Points and Authorities, Declaration in Support of Order to Show Cause Re: Temporary Restraining Orders, Order to Show Cause Temporary

Restraining Orders, Summons relating to the said State Court action was received in the United States Attorney's Office on November 14, 2002. A copy of the Complaint, Order to Show Cause and Summons is attached hereto as Exhibit A.

3. The above-named action is a civil action which may be removed to this court by Defendant United States of America, pursuant to the provisions of Title 28, United States Code, Section 1441, 1442, 1444, 1446, and 2409a in that this action is in fact a federal dispute involving a federal employee at a federal school (DODEA) on Andersen Air Force Base, Guam. The plaintiff is a DODEA teacher engaged in a federal labor dispute with her employer, DODEA. She is to restrain the presence of the DODEA principal, who is her boss at work, from her proximity, which can include the DODEA elementary/middle school at Andersen Air Force Base. Plaintiff's federal employment dispute would be a civil cause of action with original jurisdiction in the U.S. District Court (after she had exhausted her administrative remedies). Were her allegations of harassment true, she would arguably have a federal claim of tort. Such a claim would also be one of original jursidiction in the U.S. District Court pursuant to 28 U.S.C. § 1441(a) and 29 U.S.C. § 1346 et.seq. (the Federal Torts Claims Act (FTCA)).

WHEREFORE, Defendant United States of America gives notice that the above action now pending against it in the Superior Court of Guam, Territory of Guam, is removed therefrom to this Court.

This Notice of Removal is signed pursuant to Rule 11, Federal Rules of Civil Procedure.

Dated this 18th day of November 2002.

FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

By: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

GUAM LEGAL SERVICES CORPORATION
113 Bradley Place
Hagåtña, Guam 96910
Telephone No.: (671) 477-9811
*Counsel for Plaintiff.*

# IN THE SUPERIOR COURT OF GUAM

CARMEN KATHERINE RODRIGUEZ,
Plaintiff,

vs.

JOSEPH E. MASTERS, Defendant.

CIVIL CASE NO. CV __1638-02__

ORDER TO SHOW CAUSE
TEMPORARY RESTRAINING
ORDERS

RE-ISSUED: ___

TO: JOSEPH E. MASTERS, *Defendant.*

**YOU ARE ENJOINED AND RESTRAINED** until the date of the hearing from:

1. Threatening, abusing, molesting, harassing or disturbing the peace of Plaintiff and from coming within __500__ feet of Plaintiff and Plaintiff's residence;

2. Contacting the Plaintiff, directly or indirectly, by telephone, letter or through third party.

**ANY COMMUNICATION INITIATED BY PLAINTIFF DOES NOT WAIVE OR NULLIFY THIS ORDER.**

**NOTICE TO APPEAR:** YOU ARE COMMANDED to appear on __NOV 18 2002__ at 9:00 O'CLOCK A.M., in the Superior Court of Guam, TO SHOW CAUSE why the above orders, including such orders as have been requested by Plaintiff in the petition/complaint, should not continue or be made permanent, as well as any other orders the Court deems necessary for the protection of the Plaintiff and the Plaintiff's family.

__X__ Surrender any and all firearms, firearm IDs, and firearm permits, in Defendant's control and/or possession to the Superior Court Marshals.

**The GUAM POLICE DEPARTMENT and SUPERIOR COURT MARSHALS shall enforce this Order.**

Signed By:
HON. STEVEN S. UNPINGCO

TIME: __5:10 PM__
DATE: __OCT 31 2002__

Judge, Superior Court of Guam

NOTICE TO DEFENDANT: VIOLATION OF THIS ORDER MAY SUBJECT THE VIOLATOR TO PUNISHMENT UNDER 9 GCA § 30.40, PUNISHABLE BY A FINE OF NOT MORE THAN ONE THOUSAND DOLLARS ($1,000) OR BY IMPRISONMENT FOR NOT MORE THAN ONE (1) YEAR, OR BY BOTH SUCH FINE OR IMPRISONMENT, IN ADDITION TO ANY OTHER CRIMINAL PENALTIES AND JUDICIAL SANCTIONS AS PRESCRIBED OR PERMITTED UNDER APPLICABLE LAWS.
[SERVICE: Defendant was served with a copy of this Order on _____ at __:__

Jesse C. Franquez

| | |
|---|---|
| 1 | **GUAM LEGAL SERVICES CORPORATION** |
|   | 113 Bradley Place |
| 2 | Hagåtña, Guam 96910 |
|   | Telephone No.: (671) 477-9811 |
| 3 | Facsimile No.: (671) 477-1320 |
| 4 | *Counsel for Plaintiff.* |

*FILED*
*SUPERIOR COURT*
*OF GUAM*

*'02 OCT 31 PM 5: 29*

*ALFREDO M. BORJA*
*CLERK OF COURT*
*BY:_____*

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| CARMEN KATHERINE RODRIGUEZ, | CIVIL CASE NO. CV **1638-02** |
| Plaintiff, | |
| vs. | **DECLARATION IN SUPPORT OF ORDER TO SHOW CAUSE RE: TEMPORARY RESTRAINING ORDERS** |
| JOSEPH E. MASTERS, | |
| Defendant. | |

I, **CARMEN KATHERINE RODRIGUEZ**, am the Plaintiff above, and hereby declare as follows:

1. That the Defendant is the Principal at Andersen Elementary School, where I work as a teacher.

2. That on October 11, 2002, the Defendant entered into my classroom during instructional time and disrupted the class. The Defendant kept repeating himself like a broken record and was yelling at me in front of my students. I tried to calm the Defendant down by telling him that he was too loud and was scaring the children, and that the children should not be hearing this (his outburst). The Defendant then threatened my life by screaming "I'll put you out", pointing a finger gun to me and then gritting and grinding his teeth and locking a nose-to-nose stance as he emphasized once more, "I'LL PUT YOU OUT!!" The Defendant then shoved me with his chest and walked away leaving me shaking uncontrollably and fearing for my life.

3. I then buzzed the office and requested for security police.

4. I am fearful that a restraining order is necessary to keep the Defendant from coming around me and inflicting more damage, or possible confrontations with me, or other persons living at my home or with me.

5. That since that incident, I have been under medical care and unable to return to work, by doctor's orders.

I declare, under the penalty of perjury, that the foregoing statements are true and correct and to the best of my knowledge and belief.

DATED: October 31, 2002.

*Carmen K. Rodriguez*
**CARMEN KATHERINE RODRIGUEZ**, *Plaintiff*

```
 1 | GUAM LEGAL SERVICES CORPORATION
   | 113 Bradley Place
 2 | Hagåtña, Guam  96910
   | Telephone No.: (671) 477-9811
 3 | Facsimile No.: (671) 477-1320
   |
 4 | Counsel for Plaintiff.
```

'02 OCT 31 PM 5:34

ALFREDO M. BORJA
CLERK OF COURT
BY_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| CARMEN KATHERINE RODRIGUEZ, | CIVIL CASE NO. CV 1638-02 |
| Plaintiff, | |
| vs. | EX PARTE MOTION FOR ORDER TO SHOW CAUSE and MEMORANDUM OF POINTS AND AUTHORITIES |
| JOSEPH E. MASTERS, | |
| Defendant. | |

Plaintiff, by and through counsel, **DANIEL S. SOMERFLECK** of Guam Legal Services Corporation, moves this court for an order to show cause and for temporary orders in the form submitted to the court.

This motion is based upon the Declaration of Plaintiff in support thereof, the Declaration of Counsel filed herewith, and upon the Memorandum of Points and Authorities, below.

**DATED:** October 31, 2002.

GUAM LEGAL SERVICES CORPORATION
*Attorneys for Plaintiff*

By: _____
DANIEL S. SOMERFLECK
Director

\* \* \* \* \*

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff relies upon 7 Guam Code Annotated §§ 20302 and upon Rule 65(b), Rules of Civil Procedure, Superior Court of Guam in seeking temporary orders ex parte.

EX PARTE MOTION FOR ORDER TO SHOW CAUSE RE: TEMPORARY ORDERS and MEMORANDUM OF POINTS AND AUTHORITIES
CARMEN KATHERINE RODRIGUEZ vs. JOSEPH E. MASTERS; Civil Case
Page -2-

A temporary order and order to show cause may be issued without giving notice to the adverse party if it clearly appears from specific facts shown by declaration or by the verified complaint that immediate and irreparable injury or loss will result if notice is given to the adverse party.

The Declaration of Plaintiff filed herewith set forth facts showing that the Plaintiff has reason to fear for her safety if the requested ex parte orders are not granted.

**DATED:** October 31, 2002.

                            **GUAM LEGAL SERVICES CORPORATION**
                            *Attorneys for Plaintiff*

By: _____
       DANIEL S. SOMERFLECK
       Director

| | |
|---|---|
| 1   **GUAM LEGAL SERVICES CORPORATION**<br>113 Bradley Place<br>2   Hagåtña, Guam 96910<br>Telephone No.: (671) 477-9811<br>3   Facsimile No.: (671) 477-1320<br>4   *Counsel for Plaintiff.* | FILED<br>SUPERIOR COURT<br>OF GUAM<br><br>2002 OCT 31 PM 5:33<br><br>ALFREDO M. BORJA<br>CLERK OF COURT<br>BY:_____ |

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| CARMEN KATHERINE RODRIGUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH E. MASTERS,<br><br>    Defendant. | CIVIL CASE NO. CV_____1638-02<br><br><br>**SUMMONS** |

TO: **JOSEPH E. MASTERS, Defendant:**

You are hereby summoned and required to serve upon:

**DANIEL S. SOMERFLECK**

Attorney for Plaintiff, whose address is:

**GUAM LEGAL SERVICES CORPORATION**

113 Bradley Place

Hagåtña, Guam 96910

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the date of the service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

DATED: OCT 3 1 2002

Jessica C. Cruz

**DEPUTY CLERK, Superior Court of Guam**

```
 1  GUAM LEGAL SERVICES CORPORATION
    113 Bradley Place
 2  Hagåtña, Guam 96910
    Telephone No.: (671) 477-9811
 3  Facsimile No.: (671) 477-1320

 4  Counsel for Plaintiff.
```

AL? OCT 31 PM 5:25

### IN THE SUPERIOR COURT OF GUAM

```
 6  CARMEN KATHERINE RODRIGUEZ,          CIVIL CASE NO. CV 1638-02
    (SS#: 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 and DOB: 09/29/54)
 7
                    Plaintiff,
 8
                                          COMPLAINT FOR TEMPORARY
 9              vs.                       AND PERMANENT INJUNCTION

10  JOSEPH E. MASTERS,
    (SS#: Unknown and DOB: Unknown)
11
                    Defendant.
12
```

Plaintiff, **CARMEN KATHERINE RODRIGUEZ**, alleges as follows:

**I.**

The court has jurisdiction of this matter under Section 82 of the Guam Code of Civil Procedure, as amended, and 7GCA § 20302.

**II.**

Plaintiff and Defendant are now, and more than ninety (90) days past, residents of Guam.

**III.**

Defendant threatened to cause, attempted to cause or intentionally, knowingly and recklessly caused injury to Plaintiff and/or caused physical damage to Plaintiff, Plaintiff's property or Plaintiff's ability to earn a living, and as more fully appears in the declaration of the Plaintiff, filed herewith.

**IV.**

At the present time, Plaintiff is in fear of imminent injury, physical damage and/or injury to Plaintiff, Plaintiff's property or ability to earn a living and possible violent confrontation with the Defendant, and needs a restraining order against him for her protection.

ORIGINAL

NOV-08-2002 06:35   DoDEA Personnel Office   671 344 9381   P.08/08

COMPLAINT FOR TEMPORARY AND PERMANENT INJUNCTION
CARMEN KATHERINE RODRIGUEZ vs. JOSEPH E. MASTERS; Civil Case
Page -2-

**WHEREFORE**, Plaintiff prays as follows:

1. Temporary and permanent restraining orders directing the Defendant, **JOSEPH E. MASTERS**, to refrain from threatening, abusing, molesting, annoying, harassing or disturbing the peace and physical well-being of Plaintiff, **CARMEN KATHERINE RODRIGUEZ**;

2. Temporary and permanent restraining orders directing the Defendant, **JOSEPH E. MASTERS**, to refrain from or coming within **Five Hundred Feet (500 ft.)** away from the Plaintiff, Plaintiff's residence and Plaintiff's place of employment;

3. That the Defendant be enjoined and restrained from contacting the Plaintiff, directly or indirectly, by telephone, letter or through third party; and

4. For such other relief as the court deems proper.

**DATED:** October 31, 2002.

GUAM LEGAL SERVICES CORPORATION
*Attorneys for Plaintiff.*

By: _____
DANIEL S. SOMERFLECK
Director

* * * * *

**VERIFICATION**

I, the undersigned, am the Plaintiff in the above-entitled matter; and I declare, under the penalty of perjury, that the foregoing statements are true and correct and to the best of my own knowledge, except as to matters which are therein stated on my information or belief; and as to those matters I believe them to be true.

**DATED:** October 31, 2002.

*Carmen Katherine Rodriguez*
**CARMEN KATHERINE RODRIGUEZ**, *Plaintiff*

**ORIGINAL**