1  jmastersrem

2  FREDERICK A. BLACK
   United States Attorney
3  MIKEL W. SCHWAB
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7334

FILED
DISTRICT COURT OF GUAM
NOV 18 2002
MARY L. M. MORAN
CLERK OF COURT

7  Attorneys for the Defendant
   UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| CARMEN KATHERINE RODRIGUEZ, | CIVIL CASE NO. 02-00033 |
|---|---|
| Plaintiff. | APPLICATION BY DEFENDANT IN FACT, UNITED STATES OF AMERICA FOR WRIT OF CERTIORARI ORDERING THE RECORDS FROM THE SUPERIOR COURT OF GUAM |
| vs. | |
| JOSEPH E. MASTERS, | |
| Defendant. | |

Comes now FREDERICK A. BLACK, United States Attorney and MIKEL W. SCHWAB, Assistant United States of Attorney for the Districts of Guam and CNMI, and states that on _____, this action was removed to this Court from the Superior Court of Guam, Territory of Guam. The action was removed to this Court by Defendant United States of America pursuant to the provisions of Title 28, United States Code, Sections 1441, 1442, 1444, 1446, and 2409a.

Since pleadings have been filed with the Superior Court of Guam, prior to the date of removal to this Court, it is necessary to have the entire record of proceedings of this action in the Superior Court of Guam, transmitted to this Court.

Accordingly, Defendant infact, United States of America prays that an order by issued directing the Clerk of this Court o issue a Writ of Certiorari directed to the Clerk of the Superior

| | |
|---|---|
| 1 | Court of Guam, directing that official to certify and transmit the entire record of the proceedings |
| 2 | in the Superior Court of Guam, to this Court and further to direct the Superior Court of Guam, to |
| 3 | proceed no further in this cause. |
| 4 | Dated this 18th day of November 2002. |

FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

By: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney