jmastersrem

FREDERICK A. BLACK
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the Defendant
UNITED STATES OF AMERICA

**ORIGINAL**

FILED
DISTRICT COURT OF GUAM
DEC 0 4 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| CARMEN KATHERINE RODRIGUEZ, ) <br> ) <br> Plaintiff. ) <br> ) <br> vs. ) <br> ) <br> JOSEPH E. MASTERS, ) <br> ) <br> Defendant. ) <br> ) | CIVIL CASE NO. 02-00033 <br><br> **ORDER DIRECTING CLERK TO ISSUE WRIT OF CERTIORARI** |

The application of the Defendant in fact, United States of America, for an order directing the Clerk of this Court of issue a Writ of Certiorari to the Clerk of the Superior Court of Guam, requiring the Clerk and Court to transmit to this Clerk and Court the records of the Court in the above-entitled action having been filed and this Court having considered the application and all the matters in the premises, and good cause appearing therefore;

IT IS HEREBY ORDERED that the Clerk of this Court issue a Writ of Certiorari directed by the Clerk of the Superior Court of Guam and to the Judges thereof, commanding the Clerk of the Superior Court of Guam, to certify and transmit to this Court the record and proceedings in the above entitled action, Civil No. CV1638-02, and to include therewith all pleadings, papers, orders, transcripts, and records therein.

1  IT IS FURTHER ORDERED that the Clerk of this Court issue a Writ of
2  Certiorari directed to the Clerk and the Judges of the Superior Court of Guam, commanding and
3  requiring them to proceed no further in the above-entitled case.

DATED: Hagåtña, Guam, __DEC 03 2002__.

_____
JOHN S. UNPINGCO
UNITED STATES DISTRICT JUDGE

Carmen Katherine Rodriguez vs.
Joseph E. Masters,
Civil No. CV1638-02
"Order Directing Clerk To Issue Writ Of Certiorari"

**RECEIVED**
NOV 1 8 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM