Masters_writ

FREDERICK A. BLACK
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
DEC 0 4 2002
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| CARMEN KATHERINE RODRIGUEZ, | CIVIL CASE NO. 02-00033 |
| Plaintiff, | {SUPERIOR COURT OF GUAM CIVIL CASE NO. CV 1638-02} |
| v. | |
| JOSEPH E. MASTERS, | WRIT OF CERTIORARI TO THE SUPERIOR COURT OF GUAM, TERRITORY OF GUAM |
| Defendants, | |

TO: The Judges and Clerk of the Superior Court of Guam,
For The Territory of Guam:

We being desirous that our United States District Court for the District of Guam shall be certified of a certain issue commenced in the Superior Court of Guam in the Territory of Guam entitled <u>CARMEN KATHERINE RODRIGUEZ v. JOSEPH E. MASTERS</u>, Civil Case No. CV1638-02, and duly removed to this Court, do hereby command that you certify and transmit the record and proceedings in the said cause to the United States District Court for the District of Guam, within ten days of the date hereof, together with this Writ, that our said Court may cause

1  to be further done thereupon what of right ought to be done.
2  We further command and require you to proceed no further in the above-entitled
3  case.
4  DATED: Hagåtña, Guam, _____DEC 4 2002_____.

_____
for MARY L.M. MORAN
CLERK, UNITED STATES DISTRICT COURT

**RECEIVED**
NOV 1 8 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

- 2 -