# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
FEB 1 1 2003
MARY L. M. MORAN
CLERK OF COURT

| | |
|---|---|
| CARMEN KATHERINE RODRIGUEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOSEPH E. MASTERS,<br><br>    Defendants | Civil Case No. 02-00033<br><br><br><br>ORDER |

    Due to the scheduling needs of the Court, the February 13, 2003 Scheduling Conference is hereby moved to Wednesday, February 26, 2003 at 2:15 p.m.

    SO ORDERED this 10th day of February, 2003.

JOHN S. UNPINGCO
District Judge