GUAM LEGAL SERVICES CORPORATION
113 Bradley Place
Hagåtña, Guam 96910
Telephone No.: (671) 477-9811
Facsimile No.: (671) 477-1320

*Counsel for Plaintiff.*

F I L E D
DISTRICT COURT OF GUAM
FEB 26 2003
MARY L. M. MORAN
CLERK OF COURT

7

IN THE UNITED STATES DISTRICT COURT
DISTRICT COURT OF GUAM

| | |
|---|---|
| CARMEN KATHERINE RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH E. MASTERS,<br><br>　　　　　Defendant. | CIVIL CASE NO. **CIV02-00033**<br><br>~~PROPOSED~~<br>SCHEDULING ORDER |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. The nature of the case is as follows:

   Plaintiff's seek injunctive relief under 7 G.C.A. 20302, alleging that the Defendant has intentionally caused injury to the Plaintiff and Plaintiff is in fear of imminent injury.

2. The posture of the case is as follows:

   a) The following motions are on file:
   　1. Plaintiff's Ex Parte Motion for Order to Show Cause

   b) The following motions have been resolved:
   　1. Plaintiff's Ex Parte Motion for Order to Show Cause; and
   　2. Defendant's Application for Writ of Certiorari
   All of the foregoing motions have been resolved.

   c) The following discovery has been initiated: Depositions as explained under number 5 herein.

ORIGINAL

3. All motions to add parties and claims shall be filed on or before: March 21, 2003.

4. All motions to amend pleadings shall be filed on or before: March 21, 2003.

5. Status of Discovery:

The Discovery Plan attached hereto is adopted and incorporated as part of this Scheduling Order; **OR**

a) The times for disclosures under Rules 26(a) and 26(e) of the Federal Rules of Civil Procedure are modified as follows:

b) The following is a description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery:

    Plaintiff: Depositions will take place during the first two (2) weeks of March. Plaintiff's also intend to file requests for admission and interrogatories within the discovery time limits.

~~6. The parties shall appear before the District Court on February 13, 2003 at 3:00 p.m. for the Scheduling Conference.~~

7. The discovery cut-off date (defined as the last day to file responses to discovery) is: **May 28, 2003**.

8. a) The anticipated discovery motions are: NONE.

All discovery motions shall be filed on or before **April 7, 2003** and heard on or before **April 28, 2003**.

b) The anticipated dispositive motions are: NONE.

All dispositive motions shall be filed on or before **May 2, 2003** and heard on or before **May 30, 2003**. ~~NOT APPLICABLE.~~

9. The prospects for settlement are: Plaintiff continue to be open to settlement. At this time, it does not appear to Defendants that the case will settle.

10. The Preliminary Pre-Trial Conference shall be held on the **2nd** day of **June**, 2003, at **9:00 a.m.** (no later than twenty-one (21) days prior to trial date).

11. The parties' pretrial materials, discovery material, witness lists, designations and exhibit lists shall be filed on or before **June 9, 2003** (no later than fourteen (14) days prior to trial).

12. The Proposed Pre-Trial Order shall be filed on or before the **9th** day of **June**, **2003** (no later than fourteen (14) days prior to trial).

13. The Final Pre-Trial Conference shall be held on the **16th** day of **June**, 2003, at **9:00 a.m.** (seven (7) days prior to trial).

14. The trial shall be held on the **23rd** day of **June**, 2003, at **9:00 a.m.** (in no event shall the trial be later than eighteen (18) months after the complaint is filed, unless the Court otherwise allows).

15. The trial is / **is not** a jury trial.

16. It is anticipated that it will take **one (1)** days to try this case.

17. The names of counsel in this case are:

   Daniel S. Somerfleck, Director/Managing Attorney
   Guam Legal Services Corporation

   Mikel W. Schwab
   Office of the United States Attorney

18. The Plaintiff **does** / Defendant **does/does not** wish to submit this case to a settlement conference.

19. The parties present the following suggestions for shortening trial: NONE.

20. The following issues will also affect the status or management of the case: NONE.

**DATED** this 26th day of **February, 2003**.

_____
HONORABLE JOHN UNPINGCO
District Judge, United States District Court

///

///

RECEIVED
FEB - 3 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PROPOSED SCHEDULING ORDER
Carmen Katherine Rodriguez vs. Joseph E. Masters; CIV02-00033
Page -4-

| | |
|---|---|
| **SUBMITTED BY:** | **APPROVED AS TO FORM AND CONTENT:** |
| GUAM LEGAL SERVICES CORP.<br>*Attorneys for Plaintiff* | OFFICE OF THE UNITED STATES ATTORNEY<br>*Attorneys for Defendant* |
| By: _[signature]_<br>DANIEL S. SOMERFLECK<br>Director | By: _[signature]_<br>MIKEL W. SCHWAB, AUSA |
| Dated: 2/03/03 | Dated: 02/03/03 |

Case 1:02-cv-00033   Document 7   Filed 02/26/2003   Page 4 of 4

ORIGINAL