GUAM LEGAL SERVICES CORPORATION
113 Bradley Place
Hagåtña, Guam 96910
Telephone No.: (671) 477-9811
Facsimile No.: (671) 477-1320

*Counsel for Plaintiff.*

FILED
DISTRICT COURT OF GUAM
FEB 26 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

CARMEN KATHERINE RODRIGUEZ,

    Plaintiff,

vs.

JOSEPH E. MASTERS,

    Defendant.

CIVIL CASE NO. <u>CV02-0033</u>

NOTICE OF MOTION AND
MOTION TO WITHDRAW AS
COUNSEL OF RECORD and
MEMORANDUM OF POINTS
AND AUTHORITIES

<u>NOTICE OF MOTION</u>

**PLEASE TAKE NOTICE** that on MAR 03 2003, 2003 at 2:00 o'clock p.m., or as soon thereafter as counsel may be heard, the undersigned will move the Court to Withdraw as counsel of record for Plaintiff, **CARMEN KATHERINE RODRIGUEZ.**

**Guam Legal Services Corporation**, moves this court for permission to withdraw as counsel of record for the Plaintiff based upon GR 19.1c and the Model Rules of Professional Conduct, Memorandum of Points and Authorities below and the Declaration of Daniel S. Somerfleck, filed contemporaneously herewith.

**EXECUTED** this 26 day of **February, 2003.**

    GUAM LEGAL SERVICES CORPORATION
    *Attorneys for Plaintiff.*

By: _____
    DANIEL S. SOMERFLECK
    Director

///

\* \* \* \* \* \* \*

Guam Legal Services Corporation ("GLSC") brings this Motion to Withdraw as Counsel of record for the Plaintiff, pursuant to GR 19.1 (c):

> An attorney may withdraw from an action or proceeding only by leave of court for good cause shown, and after serving written notice in advance to the client and to all other parties who have appeared in the case.

That in the Codes of Professional Responsibility Rule 1.6 regarding Declining or Terminating Representation, states that:

> (b)  Except as stated in paragraph (c), a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client, or if:
>
> (3)  a client insists upon pursuing an objective that the lawyer considers repugnant or imprudent;
>
> (6)  other good cause for withdrawal exists.

Counsel submits that good cause exists in the case, as put forward in the Declaration of Counsel, and respectfully requests leave to withdraw as counsel for the Plaintiff.

**EXECUTED** this __26__ day of **February, 2003.**

GUAM LEGAL SERVICES CORPORATION
*Attorneys for Plaintiff.*

By: _____
DANIEL S. SOMERFLECK
Director