GUAM LEGAL SERVICES CORPORATION
113 Bradley Place
Hagåtña, Guam 96910
Telephone No.: (671) 477-9811
Facsimile No.: (671) 477-1320

*Counsel for Plaintiff.*

FILED
DISTRICT COURT OF GUAM
FEB 26 2003
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| CARMEN KATHERINE RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH E. MASTERS,<br><br>Defendant. | CIVIL CASE NO. **CV02-0033**<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |

I, **DANIEL S. SOMERFLECK**, hereby declare and state as follows:

1. That I am the Director of Guam Legal Services Corporation (hereinafter "GLSC"), counsel of record for the Plaintiff herein, in the above-captioned civil case.

2. That from the initial contact with the Plaintiff, GLSC stressed the need to obtain counsel to address the employment aspect related to the incident herein alleged, yet agreed to proceed in obtaining temporary orders based upon the Plaintiff's strong belief that Defendant would seek her outside the employment environment and harm her.

3. That since her action has been filed, Plaintiff has repeatedly been asked by GLSC as to the engagement of an attorney for the employment aspect of this incident, yet as of this day, no such counsel has been engaged.

4. That GLSC has cautioned the Plaintiff about the possible foreclosure of future legal action should this case go forward as well as realistic resolutions. Plaintiff at this time wishes to continue in course which GLSC believes are imprudent.

1 DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
Carmen Katherine Rodriguez vs. Joseph E. Masters; CV02-0033
2 Page -2-

 I declare under the penalty of perjury, that the foregoing statements are true and correct and to the best of my knowledge and belief.

 DATED this  26  day of **February, 2003**.

> **GUAM LEGAL SERVICES CORPORATION**
> *Attorneys for Plaintiff*
>
> By: _____
> **DANIEL S. SOMERFLECK**
> Director