DISTRICT COURT OF GUAM
TERRITORY OF GUAM
HONORABLE JOHN S. UNPINGCO, CHIEF JUDGE, PRESIDING
CIVIL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM
MAR 03 2003
MARY L. M. MORAN
CLERK OF COURT
10

CASE NO. CV-02-00033   DATE: ~~12/27/02~~ 03/03/03   TIME: 2:08 P.M.

CAPTION: CARMEN KATHERINE RODRIGUEZ vs. JOSEPH E. MASTERS

*************************************************************************************

Court Recorder & Courtroom Deputy: Renee M. Martinez          Law Clerk: J. HATTORI
Electronically Recorded - Run Time: 2:08:46 - 2:30:47          Court Security: J. McDonald/B. Benavente

*********************************  APPEARANCES  *********************************

COUNSEL FOR PLAINTIFF(s):                       COUNSEL FOR DEFENDANT(s):

Daniel Somerfleck                                Mikel Schwab-United States of America

*************************************************************************************

PROCEEDINGS:         MOTION TO WITHDRAW AS COUNSEL OF RECORD

( X ) MOTION (S) ARGUED BY    ( X ) PLAINTIFF    ( ) DEFENDANT

( X ) MOTION(s) __ Granted ____Denied ____Settled ____Withdrawn __X__Under Advisement

( ) ORDER SUBMITTED ____Approved ____Disapproved

( ) ORDER to be Prepared By:

( ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES: Court orders both parties to submit a revised scheduling order and discovery plan no later than March 10, 2003 at 3:30 p.m. Court to excuse Mr. Somerfleck from the case after parties comply with the Court's order.

END TIME: 2:30 a.m.
L:\Docs\COURTROOM MINUTES\CV-02-00033.wpd