# ORIGINAL

1  FREDERICK A. BLACK
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   TEL: (671) 472-7332
5  FAX: (671) 472-7215

6  Attorneys for the United States of America

7

**F I L E D**
DISTRICT COURT OF GUAM

**MAR 1 2 2003**

MARY L. M. MORAN
CLERK OF COURT

8              DISTRICT COURT OF GUAM

9              TERRITORY OF GUAM

10

11  CARMEN KATHERINE RODRIGUEZ,      )      CIVIL CASE NO. 02-00033
                                     )
12              Plaintiff,           )
                                     )
13      vs.                          )
                                     )
14  JOSEPH E. MASTERS,               )
                                     )      DISCOVERY PLAN
15              Defendant.           )
    _____)

16

17  Pursuant to L.R. 16.1, the parties set forth the following discovery plan.

18      1. All matters within the scope of Fed. R Civ. P. 26 (f) were discussed by counsel at a

19  meeting on Thursday, March 5, 2003. Therefore, no further 26 (f) meeting has been planned.

20      2. Fed. R. Civ. P. 26(a)(1) initial disclosures shall be made on or before **Monday,**

21  **March 24, 2003**.

22      3. Initial Fed. R. Civ. P 26(a) (2) disclosures shall be made on or before **Monday, March**

23  **31, 2003.** Fed. R. Civ. P. 26(a)(2) rebuttal disclosures shall be made within 30 days of the initial

24  disclosure being rebutted.

25      4. Fed. R. Civ. P. 26 (a)(3) disclosures shall be made on or before **Monday, April 28,**

26  **2003**. Fed. R. Civ. P 26(a)(3) objections shall be filed on or before **Monday, May 5, 2003.**

27      5. After Fed. R. Civ. P. 26(a)(1) Initial Disclosures, each party will serve the other with

28

1 requests for production and interrogatories. Each party may then depose fact witnesses

2 identified in Fed. R. Civ. P. 26(a)(1) initial disclosures and discovery responses.

3      No expert witnesses are anticipated.

4      6. Pursuant to Fed. R. Civ. P. 26(e), each party will have an ongoing duty to supplement

5 disclosures and discovery responses in a reasonably timely manner upon obtaining new

6 information. Without limiting or qualifying the ongoing obligation of timely supplementation,

7 all such supplementation must be completed on or before _Monday June 30, 2003_ .

8      SUBMITTED this 5th day of March 2003.

FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney


_____
DANIEL S. SOMERFLECK
Attorney for Plaintiff



RECEIVED

MAR 10 2003

DISTRICT COURT OF GUAM
HAGATNA, GUAM