| | |
|---|---|
| 1 | GUAM LEGAL SERVICES CORPORATION |
| | 113 Bradley Place |
| 2 | Hagåtña, Guam 96910 |
| | Telephone No.: (671) 477-9811 |
| 3 | Facsimile No.: (671) 477-1320 |
| 4 | *Counsel for Plaintiff.* |



**FILED**
DISTRICT COURT OF GUAM
MAR 1 2 2003
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT COURT OF GUAM

CARMEN KATHERINE RODRIGUEZ,

    Plaintiff,

vs.

JOSEPH E. MASTERS,

    Defendant.

CIVIL CASE NO. **CIV02-0033**

**ORDER FOR
RELIEF AS COUNSEL**

    **THIS MATTER** came before the Court on March 3, 2003 on Plaintiff's counsel, Daniel S. Somerfleck of Guam Legal Services Corporation motion for an order for relief as counsel for the Plaintiff herein. Present in court were the Plaintiff, **CARMEN KATHERINE RODRIGUEZ**; Plaintiff's counsel, Daniel S. Somerfleck of Guam Legal Services Corporation; and Assistant United States Attorney, Mikel W. Schwab.

    Having considered counsel's Motion to Withdraw as Counsel of Record and the Declaration of Counsel in Support of Motion to Withdraw as Counsel, and argument from counsel, and finding good cause therefore,

    **IT IS HEREBY ORDERED** that upon the re-submission of the Amended Scheduling Order and Amended Discovery Plan by the parties, no later than March 10, 2003, and upon approval and satisfaction of these filings by this Court, Guam Legal Services Corporation's Motion to Withdraw as Counsel of Record for the Plaintiff is hereby **GRANTED**.

ORDER FOR RELIEF AS COUNSEL
Carmen Katherine Rodriguez vs. Joseph E. Masters; CIV02-0033
Page -2-

**IT IS FURTHER ORDERED** that Daniel S. Somerfleck and Guam Legal Services Corporation are hereby **RELIEVED** as counsel for the Plaintiff in the above-captioned matter.

**SO ORDERED**: MAR 1 2 2003

HONORABLE JOHN S. UNPINGCO
**Chief Judge**, United States District Court

RECEIVED
MAR 1 0 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM