ORIGINAL

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
MAR 26 2003
MARY L. M. MORAN
CLERK OF COURT

CARMEN KATHERINE RODRIGUEZ,

    Plaintiff,

vs.

JOSEPH E. MASTERS,

    Defendant.

Civil Case No. 02-00033

ORDER

On March 21, 2003, the plaintiff sent the Court a fax wherein she requests an extension of time to file certain pleadings, specifically an Amended Scheduling Order and Amended Discovery Plan. See attached hereto Exhibit A. The plaintiff, proceeding pro se, states that she no longer has representation and is in the process of seeking legal counsel to assist her. Moreover, because she has no legal training she needs additional time to prepare such filings. The Court finds that the plaintiff's request is made in good faith, and hereby GRANTS the plaintiff's request. The plaintiff shall have until May 1, 2003, approximately 30 days from the issuance of this Order to file the appropriate documents. However, the plaintiff needs to bear in mind that she needs to comply with this Order and to adhere to the Court's scheduling dates in the future. The Clerk of Court is ordered to serve this Order on the plaintiff forthwith, either personally or by certified mail, return receipt requested.

SO ORDERED this 26th day of March, 2003.

JOHN S. UNPINGCO
Chief Judge



# Fax

| | | | |
|---|---|---|---|
| **To:** | The Honorable Judge Unpingco | **From:** | Carmen Rodriguez |
| **Fax:** | 473-9186 | **Pages:** | 1 |
| **Phone:** | 473-9200 | **Date:** | 03/21/03 |
| **Re:** | CIVIL CASE NO. 02-00033<br>Amended Scheduling Order<br>Motions to add parties and claims<br>Motions to amend pleadings<br>    both due March 21, 2003<br>Amended Discovery Plan<br>Disclosures due March 24, 2003<br>    and March 31, 2003 | **CC:** | |

**X Urgent**   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Dear Judge Unpingco,

   I am still having difficulty obtaining legal representation especially since I do not have the financial ability to afford one at this time. In a two-month period, DoDEA had only paid me $440.00. I still have unpaid bills and have had to borrow from friends and family in the meantime.

   Because of this tenuous situation, I am asking for an extension of time for the Amendments of the Scheduling Order and the Discovery Plan, namely:

   **Amended Scheduling Order**
   All motions to add parties and claims and all motions to amend pleadings
   are both due on or before March 21, 2003.

   **Amended Discovery Plan**
   Fed. R. Civ. P. 26 (a) (1) initial disclosures due on or before March 21, 2003.
   Initial Fed. R. Civ. P. 26 (a) (2) disclosures due on or before March 31, 2003.

   If possible, I would like them to be rescheduled for the end of April 2003.

   I will still continue to seek legal counsel because I do not believe that it is in my best interest to appear *pro se*. Not only because I have been under doctors' care since the trauma incident involving the defendent, but I do not profess to have any legal training and it would be fool hardy for me to buy some Cliff Notes to prepare for my case. Surely they don't exist.

   Incidentally, I had called attorney Somerfleck yesterday and he advised me to speak to attorney Schwab. The line was busy so I called the U. S. District Court and spoke to Rose who had advised me to write a letter. Later, I called to speak to Schwab and his secretary told me to call the U. S. District Court because the Court would be the one to tell me what to do.

   I hope you will accept this request and I thank you for taking the time to give your attention to this matter.

** A hard copy will follow.                                                    EXHIBIT   A

# Fax

| | | | |
|---|---|---|---|
| **To:** | U.S. District Court | **From:** | |
| **Fax:** | 473-9186 | **Pages:** | 2 |
| **Phone:** | 473-9200 | **Date:** | |
| **Re:** | CIVIL CASE NO. 02-00033 | **CC:** | |

X **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**


Please accept the following proposed request re:

1. Amended Scheduling Order
2. Amended Discovery Plan

# Fax

RECEIVED
MAR 24 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**To:** The Honorable Judge Unpingco
U.S. District Court, Guam

**From:** Carmen Rodriguez (632-2434) 
P.O. Box 10482 Tamuning, Gu 96931

**Fax:** 473-9186

**Pages:** 1

**Phone:** 473-9200

**Date:** 03/24/03

**Re:** CIVIL CASE NO. 02-00033
Amended Scheduling Order
*Motions to add parties and claims*
*Motions to amend pleadings*
*both due March 21, 2003*
**Amended Discovery Plan**
*Disclosures due March 24, 2003*
*and March 31, 2003*

**CC:**

X **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

Dear Judge Unpingco,

I am still having difficulty obtaining legal representation especially since I do not have the financial ability to afford one at this time. In a two-month period, DoDEA had only paid me $440.00. I still have unpaid bills and have had to borrow from friends and family in the meantime.

Because of this tenuous situation, I am asking for an extension of time for the Amendments of the Scheduling Order and the Discovery Plan, namely:

**Amended Scheduling Order**
All motions to add parties and claims and all motions to amend pleadings
are both due on or before March 21, 2003.

**Amended Discovery Plan**
Fed. R. Civ. P. 26 (a) (1) initial disclosures due on or before March 21, 2003.
Initial Fed. R. Civ. P. 26 (a) (2) disclosures due on or before March 31, 2003.

If possible, I would like them to be rescheduled for the end of April 2003.

I will still continue to seek legal counsel because I do not believe that it is in my best interest to appear *pro se*. Not only because I have been under doctors' care since the trauma incident involving the defendant, but I do not profess to have any legal training and it would be foolhardy for me to buy some Cliff Notes to prepare for my case. Surely they don't exist.

Incidentally, I had called attorney Somerfleck yesterday and he advised me to speak to attorney Schwab. The line was busy so I called the U. S. District Court and spoke to Rose who had advised me to write a letter. Later, I called to speak to Schwab and his secretary told me to call the U. S. District Court because the Court would be the one to tell me what to do.

I hope you will accept this request and I thank you for taking the time to give your attention to this matter.