


DISTRICT COURT OF GUAM

TERRITORY OF GUAM

CARMEN KATHERINE RODRIGUEZ,

Plaintiff,

vs.

JOSEPH E. MASTERS,

Defendant.

Civil Case No. 02-00033

ORDER

On April 25, 2003, the plaintiff submitted a letter to the Court wherein she requests an additional extension of time to file certain pleadings. See attached hereto Exhibit A. Specifically, the plaintiff, proceeding pro se, states that she has had difficulty in retaining counsel and is still in the process of seeking legal counsel to assist her. Because she has not yet retained counsel, she requests additional time to find an attorney and enough time for counsel to review her paperwork. The Court finds that the plaintiff's request is made in good faith, and hereby GRANTS the plaintiff's request. The plaintiff shall have until June 1, 2003, approximately 30 days from the issuance of this Order to retain counsel and file the appropriate documents. The Clerk of Court is ordered to serve this Order on the plaintiff forthwith, either personally or by certified mail, return receipt requested.

SO ORDERED this 25th day of April, 2003.

JOHN S. UNPINGCO
Chief Judge

April 25, 2003




The Honorable Judge Unpingco
U.S. District Court of Guam
520 W. Soledad Ave.
Hagatna, Guam 96932

CIVIL CASE NO. 02-00033

Dear Judge Unpingco,

I have an appointment to see an attorney to determine if he will take my case. Because several lawyers have declined to take my case, I am still in search of an attorney. Hopefully, one of the last four attorneys on my referral list will decide to take my case. I have made many phone calls and left messages. I will continue to do a follow-up next week on those calls.

Once again, I am asking for your permission to grant me an extension of time so that I may be able to seek the assistance of an attorney and allow him time to review my paperwork.

My police report has been forwarded to the Attorney General's Office for a possible criminal indictment against the defendant. Perhaps there can be some relief to this sensitive matter after all.

I appreciate your patience and kindness in educating me in the fundamentals of the U. S. District Court procedures. Although it is important to understand the basics of law and its application to an impending case, this court case is too complicated for me to handle due to the nature of the case and the trauma received. This type of court case requires the specialized skills of a seasoned attorney.

I pray that this request will be my last.

Respectfully,

Carmen Rodriguez
Carmen Rodriguez

Exhibit A