DISTRICT COURT OF GUAM

TERRITORY OF GUAM

CARMEN KATHERINE RODRIGUEZ,

    Plaintiff,

vs.

JOSEPH E. MASTERS,

    Defendant.

Civil Case No. 02-00033

ORDER

On March 21, 2003, the plaintiff sent the Court a fax wherein she requested an extension of time to file certain pleadings, specifically an Amended Scheduling Order and Amended Discovery Plan. The Court granted the plaintiff's request and gave her an extension until May 1, 2003. On April 25, 2003, the plaintiff submitted a letter to the Court wherein she requested an additional extension of time in order to retain counsel. The Court granted the plaintiff's request and gave her an extension until June 1, 2003. On May 28, 2003, the plaintiff sent the Court a fax wherein she requests yet another extension of time. See attached hereto Exhibit A. The plaintiff, states that she has met with an attorney and is presently waiting word from him as to whether he will take her case. Therefore, she requests an extension of time until she learns whether he will take her case.

The Court notes that this is the third time the plaintiff has made such a request. While the Court gives latitude to plaintiffs proceeding pro se and will again in this instance, the Court cautions the plaintiff that this will be the last of such extensions granted. This matter needs

1  to proceed beyond the preliminary stages. Accordingly, the plaintiff should be prepared to proceed
2  without counsel should her efforts to retain counsel prove unsuccessful. In addition, should the
3  plaintiff make any further requests or file any motions, she should do so in the proper format as set
4  forth in General Rule 5.1 of the Local Rules of Practice for the District Court of Guam.
5  Nevertheless, the Court finds that the plaintiff's request is made in good faith, and hereby
6  GRANTS the plaintiff's request. The plaintiff shall have until July 7, 2003, to file the appropriate
7  documents. The Clerk of Court is ordered to serve this Order on the plaintiff forthwith, either
8  personally or by certified mail, return receipt requested.

9  SO ORDERED this 30th day of May, 2003.

/s/ JOHN S. UNPINGCO
JOHN S. UNPINGCO
Chief Judge



| | |
|---|---|
| **To:** The Honorable Judge Unpingco<br>U.S. District Court, Guam | **From:** Carmen Rodriguez (632-2434)<br>P.O. Box 10482 Tamuning, Gu 96931 |
| **Fax:** 473-9186 | **Pages:** 1 |
| **Phone:** 473-9200 | **Date:** 05/28/03 |
| **Re:** CIVIL CASE NO. 02-0003 | **CC:** |

**X Urgent**    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Dear Judge Unpingco,

    I have completed an initial consultation with an attorney and he has informed me of his retainer's fee should he take this case. After he has examined my papers, he will decide if he will take my case and then I will provide you with information regarding my status.

    I am once again asking for your patience and requesting for an extension. Hopefully, I will get positive results this time around. I will persevere until I can find a lawyer who is brave enough to utilize their skills in District Court. It seems like different lawyers have different reasons for not taking the case.

    During the past few months, several lawyers have been tied up with cases while a few specifically stated that they did not want to face you in court because they claim you were very thorough and strict. When they told me that, I was very pleased because I feel that all judges should hold attorneys to the highest standards.

    I surely wouldn't want a surgeon to operate on me if he didn't know what he was doing just as I wouldn't want to be a passenger in a plane with a pilot who didn't know how to fly an airplane. This makes me wonder about the caliber of a few lawyers we have available. One lawyer told me that he didn't provide the services he was listed as having in the Guam Bar Referral Service. He said, "My employee did the research and I just signed off on it." How could that be? Lawyer by proxy? Another lawyer actually was chewing on his nails when we were talking about the possibility of having a case heard in your court. He has since removed himself from my case much to our mutual relief. Whew!

    Your thoroughness and strictness in court proceedings should make each citizen feel that their attorney is going to do his very best and that you will ensure that justice will be served for all parties just as it should be. If one would do his homework as expected, then perhaps his omissions will not be brought to light in a court of law for all to see. A courtroom should not be seen as an arena for amateurs but rather for professionals who have been intensively trained to exercise their skills in their knowledge of law as it applies to a particular case. Lives will be changed permanently as a result of the experience and all stakeholders should take their respective roles very seriously.

    Thank you for your patience and understanding. I hope to give you better news next time.

\*\* Due to my asthma condition, a hard copy will follow after the volcanic smog (vog) alert has been lifted.
Thank you.

__EXHIBIT A__

=== COVER PAGE ===

TO:  _____

FROM:    CARMEN RODRIGUEZ

   FAX: 00000000000

   TEL: 6322434

COMMENT:   PLEASE CALL