Carmen Rodriguez, Pro Se
160 E. San Antonio Ave.
Dededo, Guam 96929
(671) 632-1745

FILED
DISTRICT COURT OF GUAM
JUL - 8 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM



CARMEN KATHERINE RODRIGUEZ,

    Plaintiff,

vs.

JOSEPH E. MASTERS,

    Defendant.

CIVIL CASE NO. 02-00033

    Plaintiff has obtained legal counsel but it appears that court papers are not yet completed by the required date of Monday, July 7, 2003 due to an overwhelming caseload. It is uncertain whether this case will be heard in District Court since the plaintiff no longer is employed by DoDEA, so therefore, this case may most likely be removed to Superior Court since Plaintiff still seeks injunctive relief under 7 G.C.A 20302, alleging that the Defendant has intentionally caused injury to the Plaintiff and the Plaintiff is still in fear of imminent injury despite medical treatment by two doctors.

    Plaintiff is alleging that Defendant has provided false information to United States Attorney Frederick Black and Assistant U.S. Attorney Mikel W. Schwab in order to protect his job by clouding the true issue of physical and emotional abuse under the guise of a labor dispute between a federal employee and her federal supervisor. The labor dispute in existence is currently being remedied through the EEOC in San Francisco. The terrorizing and assault that occurred on 11 October 2002 was the Defendant's last desperate attempt to coerce the Plaintiff to drop the **hearing**, especially since Donald H. Rumsfeld, Secretary of Defense, is listed as the Defendant, an embarrassment to him and his colleagues.

As this case unfolds, the court will find that the Defendant purposefully misled law authorities and will be found to have provided false information and obstructed justice all to protect his employment. As one says in our culture, "Ti mamaigu' si Yuus." The truth will ultimately be heard much to the dismay of many DoDEA officials as well as to Attorneys Black and Schwab.

As soon as the papers are completed, they will be filed immediately within the proper Court.

SUBMITTED this 7th day of July 2003.

Sincerely,

*Carmen K. Rodriguez*
Carmen K. Rodriguez, Pro Se
632-1745

A copy was mailed to:
United States Attorney Rapadas
Sirena Plaza, Suite 500
Hagatna, Guam 96910

-2-

# Fax

| | | | |
|---|---|---|---|
| **To:** | The Honorable Judge Unpingco<br>U.S. District Court, Guam | **From:** | Carmen Rodriguez, Pro Se<br>632-1745 |
| **Fax:** | 473-9152 | **Pages:** | 3 |
| **Phone:** | 473-9200 | **Date:** | 07 July 2003 |
| **Re:** | CIVIL CASE 02-00033 | | |

**RECEIVED JUL -8 2003 DISTRICT COURT OF GUAM HAGATNA, GUAM**

Dear Judge Unpingco,

Please accept the following motion. I hope it is written in the correct format.

Thank you,
Ms. Rodriguez