FILED
DISTRICT COURT OF GUAM
OCT 20 2003
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| CARMEN KATHERINE RODRIGUEZ, | |
| Plaintiff, | Civil Case No. 02-00033 |
| vs. | |
| JOSEPH E. MASTERS, | ORDER |
| Defendant. | |

This case is scheduled to come before the Court on October 21, 2003, for a Preliminary Pretrial Conference. However, due to the scheduling needs of the Court, the Preliminary Pretrial Conference in this matter will need to be rescheduled. Accordingly, the Preliminary Pretrial Conference shall be rescheduled to October 29, 2003 at 3:00 p.m.

IT IS SO ORDERED this 17th day of October, 2003.

JOHN S. UNPINGCO
District Judge