# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
HONORABLE JOHN S. UNPINGCO, CHIEF JUDGE, PRESIDING
### CIVIL MINUTES - GENERAL

**FILED**
**DISTRICT COURT OF GUAM**
**OCT 29 2003**
**MARY L. M. MORAN**
**CLERK OF COURT**

**CASE NO. CV-02-00033**   **DATE:** 10/29/02   **TIME:** 4:09 P.M.

**CAPTION: CARMEN KATHERINE RODRIGUEZ vs. JOSEPH E. MASTERS**

*********************************************************************************

Courtroom Deputy: Leilani Toves Hernandez
Official Court Reporter: Wanda Miles
Electronically Recorded - Run Time: 4:09:07 - 4:13:05

Law Clerk: J. HATTORI & K. WALMSLEY
Court Security: J. McDonald/B. Benavente

************************** **APPEARANCES** **************************

**COUNSEL FOR PLAINTIFF(s):**

SANDRA LYNCH

**COUNSEL FOR DEFENDANT(s):**

Mikel SCHWAB-United States of America

---

**PROCEEDINGS:**   PRELIMINARY PRETRIAL CONFERENCE

( ) MOTION (S) ARGUED BY   ( ) PLAINTIFF   ( ) DEFENDANT

( ) MOTION(s) ___ Granted ___ Denied ___ Settled ___ Withdrawn ___ Under Advisement

( ) ORDER SUBMITTED ___ Approved ___ Disapproved

( ) ORDER to be Prepared By:

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Court instructs Ms. Lynch to submit her entry of appearance. Both parties inform the Court that the plaintiff has availed herself of non-judicial remedies which will likely result in the dismissal of this case. Court instructs parties to file their stipulation taking this matter off trial calendar, within one week.