**SANDRA D. LYNCH, ESQ.**
207 Martyr Street, Suite 3
Hagatna, Guam 96910
Telephone: (671) 472-8889/ or 565-7730
Fax: (671) 472-8890 or 565-7731
Email: sdl@cbblaw.net

FILED
DISTRICT COURT OF GUAM
OCT 30 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| Carmen K. Rodriguez,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Joseph E. Masters,  )<br>  )<br>    Defendant.  ) | CIVIL CASE NO. 02-00033<br><br>**ENTRY OF APPEARANCE** |

Notice is hereby given that Sandra D. Lynch, Esq. enters her appearance for and on behalf of the Plaintiff, Carmen K. Rodriguez. All notices and correspondence in this matter should therefore be served on counsel at the above address.

Respectfully submitted this 29th day of October, 2003.

_____
Sandra D. Lynch, Esq.
Attorney for Plaintiff

**ORIGINAL**

## Certificate of Service

I hereby certify that a copy of this Entry of Appearance was served on counsel for the Defendant, Frederick A. Black, United States Attorney, via Mikel W. Schwab, Assistant Attorney General, via fax at 472-7215, and by hand delivery on the 30th day of October, 2003.

_____
Sandra D. Lynch, Esq.

*Carmen K. Rodriguez v. Joseph E. Masters*
*Civil Case No. 02-00033*
*Entry of Appearance*

-2-