SANDRA D. LYNCH, ESQ.

C&A Building, Suite 101
251 Martyr Street
Hagåtña, Guam 96910
Telephone: (671) 472-6848
Facsimile: (671) 477-5790

*Attorneys for* e Carmen Rodriguez

FILED
DISTRICT COURT OF GUAM
NOV 04 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CARMEN KATHERINE RODRIGUEZ<br>Plaintiff,<br><br>vs.<br><br>JOSEPH E. MASTERS<br>Defendant. | CIVIL Case No. 02-00033<br><br>ASSOCIATION OF COUNSEL |

The law office of **SANDRA D. LYNCH, ESQ., PC** hereby associates the law firm of **CYNTHIA V. ECUBE, ESQ.** in the above matter for the hearing scheduled for NOVEMBER 5, 2003.

Dated this 4TH day of NOVEMBER 2003.

LAW OFFICE OF SANDRA D. LYNCH, ESQ., PC

By: _____
Sandra D. Lynch

The association of counsel is hereby accepted.

Dated this 4TH day of NOVEMBER, 2003.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.

By: _____
Cynthia V. Ecube

**ORIGINAL**