1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   TEL: (671) 472-7332
5  FAX: (671) 472-7215

6  Attorneys for the United States of America

7

8              IN THE UNITED STATES DISTRICT COURT
9
               FOR THE
10
               DISTRICT OF GUAM
11

12

13  CARMEN KATHERINE RODRIGUEZ,    )    CIVIL CASE NO. 02-00033
                                   )
14             Plaintiff,          )
                                   )
15      vs.                        )
                                   )
16  JOSEPH E. MASTERS,             )    STIPULATED REQUEST
                                   )    TO BE TAKEN OFF
17                                 )    CALENDAR
                                   )
               Defendant.          )
18  _____)

19

20

21      The parties in the above entitled case hereby stipulate and request that the

22  Court remove the case from the court's calendar schedule. The subject of the

23  case has been litigated before the Merit System Protection Board in August of

24  2003.

25  //

26  //

27  //

28  //

                        ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV 05 2003
MARY L. M. MORAN
CLERK OF COURT

1  Upon receipt of documentation of the hearing, the parties will make a

2  stipulated request for dismissal without prejudice. The parties anticipate the

3  stipulated request for dismissal will be filed within 14 days.

4  SO REQUESTED this 3rd day of November 2003.

5

6

7  LEONARD M. RAPADAS
   United States Attorney
8  Districts of Guam and NMI

9                                                    04 NOV 2003

10 MIKEL W. SCHWAB                     Date
   Assistant U.S. Attorney

11

12

   SO STIPULATED
13

14                                        11/4/03
   SANDRA D. LYNCH                     Date
15 Attorney for Plaintiff

16

17

18

19                    ** ORDER **

20

21     The Court, having considered the stipulated request, hereby, ORDERS that

22 the above entitled case be removed from the Court's calendar schedule.

23     **SO ORDERED AND APPROVED** this __5th__ day of November

24 2003.

25

26     **RECEIVED**

27     NOV 04 2003                      JOHN S. UNPINGCO
                                        Chief Judge
       DISTRICT COURT OF GUAM
28     HAGATNA, GUAM

                          -2-