ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 05 2003
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| CARMEN KATHERINE RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH E. MASTERS,<br><br>Defendant. | CIVIL CASE NO. 02-00033<br><br>CERTIFICATE OF SERVICE |

I, FRANCES B. LEON GUERRERO, legal assistant, working in the U.S. Attorney's Office, hereby certify that on the 5th of November 2003, I caused to be served by personal service the following document: "Motion for Dismissal Without Prejudice and Order", in the above entitled cause to the following attorney:

Sandra D. Lynch
207 Martyr Street, Suite 3
Hagatna, Guam 96910

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

*Frances B Leon Guerrero*
FRANCES B. LEON GUERRERO
Legal Assistant