LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF GUAM

| | |
|---|---|
| CARMEN KATHERINE RODRIGUEZ, | CIVIL CASE NO. 02-00033 |
| Plaintiff, | |
| vs. | |
| JOSEPH E. MASTER, | |
| Defendant. | |

ORDER

The Court, having reviewed the arguments for dismissal without prejudice, hereby orders the **Dismissal Without Prejudice** of the above entitled case.

**SO ORDERED** this 13th day of November 2003.

JOHN S. UNPINGCO
Chief Judge

Notice is hereby given that this document was entered on the docket on 11/14/03. No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By _____ 11/14/03
Deputy Clerk    Date