FILED
DISTRICT COURT OF GUAM
NOV 14 2003
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| CARMEN KATHERINE RODRIGUE, ) | CIVIL CASE NO. 02-00033 |
|       Plaintiff, ) | |
| vs. ) | **JUDGMENT** |
| JOSEPH E. MASTERS, ) | |
|       Defendant ) | |

    Judgment is hereby entered in accordance with the Order of Dismissal Without Prejudice filed November 14, 2003.

    Dated this 14th day of November, 2003.

                        MARY L. M. MORAN
                        Clerk of Court

                        By:   Rosita P. San Nicolas
                             Chief Deputy Clerk